IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CARLOS TORRES, Former Husband,

Appellant,

v.

JENESSA TORRES, Former Wife,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3272

Opinion filed February 6, 2017.

An appeal from the Circuit Court for Alachua County.
Donna M. Keim, Judge.

Jonathan P. Culver of Jonathan P. Culver, P.A., Ocala, for Appellant.

No appearance for Appellee.

PER CURIAM.

    AFFIRMED.

ROWE, KELSEY, and JAY, JJ., CONCUR.